FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SAMUEL BLESSING,<br><br>Defendant. | No. 2:25-CR-00097-TOR-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>  **(ECF No. 42)** |

Before the Court is Defendant JOSEPH SAMUEL BLESSING's Unopposed Motion to Modify Conditions of Release, **ECF No. 42**.  Defendant moves the Court to modify the conditions of release set forth in the Order Denying the United States' Motion for Detention, ECF No. 27.  Specifically, Defendant requests the Court temporarily lift condition 14, home detention, for the limited purposes of participation in a family event and assisting a friend in rebuilding a deck.  Neither the United States nor U.S. Probation oppose Defendant's motion.

**IT IS ORDERED:**

1.    Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 42**, is **GRANTED.**  Condition No. 14 (regarding home detention) shall be modified as follows:

        a.  Defendant is permitted to travel to Stateline, Idaho July 18, 2026-
            July 19, 2026.  Defendant may leave his residence no earlier than

ORDER - 1

8:00 a.m. on July 18, 2026 and shall return no later than 1:30 p.m. on July 19, 2026.

    b.  Defendant is permitted to travel to Okanogan, Washington on up to four days for the purpose of rebuilding a deck for his friend. Defendant may leave his residence at 7:00 a.m. each day and shall return no later than 6:00 p.m. each day.  Defendant shall provide the exact dates to U.S. Probation in advance.

2.    All other terms and conditions of pretrial release set forth in ECF No. 27 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 10, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2