FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH SAMUEL BLESSING,

Defendant.

No. 2:25-CR-00097-RLP-1

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

**MOTION GRANTED (ECF No. 45)**

Before the Court is Defendant JOSEPH SAMUEL BLESSING's Unopposed Motion to Modify Conditions of Release, **ECF No. 45**. Defendant moves the Court to modify the conditions of release set forth in the Order Denying the United States' Motion for Detention, ECF No. 27. Specifically, Defendant requests the Court strike Condition No. 14, home detention. Neither the United States nor U.S. Probation oppose Defendant's motion.

**IT IS ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 45**, is **GRANTED.** Condition No. 14 (regarding home detention) shall be **STRICKEN**.

//

//

//

2. All other terms and conditions of pretrial release set forth in ECF No. 27, including Condition No. 13 (GPS Monitoring) and Condition No. 15 (Victim Exclusion Area), shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 24, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE